PEOPLE v HINSON. Appeal from Wayne, Roland L. Olzark, J. Submitted Division 1 January 25, 1972, at Grand Rapids. (Docket No. 11945.) Decided February 21, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Dalton A. Roberson,* for defendant on appeal.

Before: Fɪᴛᴢɢᴇʀᴀʟᴅ, P. J., and R. B. Bᴜʀɴs and Hᴏʟʙʀᴏᴏᴋ, JJ.

Mᴇᴍᴏʀᴀɴᴅᴜᴍ Oᴘɪɴɪᴏɴ. Defendant was tried and convicted of breaking and entering an occupied dwelling and appeals. A motion to affirm has been filed by the people.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.